UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24666-UU

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC. *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Continue Trial Date, and Request for Expedited Ruling (D.E. 22).

THE COURT has reviewed the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff moves to continue the trial date because his counsel is planning a trip out of the country that overlaps with the currently scheduled trial date. This is not good cause for the Court to amend its scheduling order. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion to Continue Trial Date, and Request for Expedited Ruling (D.E. 22) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2018.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record