UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24666-UU

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC. *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Extend Deadline to File Dispositive Motions (D.E. 52).

THE COURT has considered the motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the motion (D.E. 52) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf