UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CV-24666-UNGARO

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC., a Florida for-profit corporation, and LEROY C. GRIFFITH,

    Defendants.

_____/

## **CERTIFICATION OF MARCO WATTS**

I, MARCO WATTS, being sworn and of my own personal knowledge, do hereby certify, pursuant to 28 U.S.C. § 1746(2), that the following statements are true and accurate:

1. I am over eighteen (18) years of age, and a resident of Miami-Dade County, Florida.

2. I worked as a disc-jockey ("DJ") for Club Madonna from November 14, 2014 through March 9, 2016 (approximately 16 months).

3. I worked approximately 3 to 5 shifts per week from early in the evening (6 pm, 8 pm or 10 pm) until Club Madonna closed at 6 am and I was released from work usually at 6:30-6:50 am.

4. My shifts were 10 to 12 hours in length.

5. On average, I worked about 4 days per week, approximately 11 hours per shift (4 x 11 = @ 44 hours per week worked).

6. I was required to sign in and sign out for every shift.

7. Club Madonna has produced only a portion of the DJ Stage Sheets, Daily Tip Reports and the sign in/sign out sheets showing the days I worked.

8. Club Madonna has not produced any time records for the days I worked.

9. Due to my work schedule which had me working approximately 44 hours per week, I was unable to work anywhere else during my employment with Club Madonna.

10. I did not own my own business when I worked at Club Madonna.

11. I did not work for myself or anywhere else during the relevant time period; Club Madonna was my full time job.

12. I was dependent on Club Madonna as my only source of employment and income.

13. I was presented with a schedule by Club Madonna and was required to work on those specific days. I did not have a say in regards to the days I wanted to work or the hours for which I wanted to be scheduled – except to trade my shifts with other DJs.

14. I was told how many days I was working in a week and could not negotiate or change this schedule.

15. If I argued or did not agree with the assigned schedule, I could be suspended by Club Madonna or threatened with termination.

16. If fact, I was terminated from my employment by a Club Madonna manager when I refused to start my work day at 5:00 p.m. - instead of 6:00 pm when I wanted.

17. Club Madonna did not pay me any wages except for the month where Club Madonna paid me to help market the Club.

18. When I was hired, I was told by management that I would receive from each dancer a $10 tip per shift.

19. However, in reality, the tips from the dancers were discretionary.

20. The amount of tips that I received from the dancers varied and there no set amount.

21. The amount of money that I was tipped-out by the dancers was not commensurate with the amount that the dancers earned during a shift.

22. If a dancer did not tip me, there was nothing that I could do to enforce the $10 tip per dancer policy that was expressed to me by management when I was hired.

23. I was unable to negotiate with the dancers as to how much they tipped me.

24. I was required to attend mandatory meetings at Club Madonna once every few months regarding the renovations to Club Madonna as well as upcoming events. The meetings would last one to two hours. The mandatory meetings occurred on days that I was scheduled to work and also on days that I was not scheduled to work. When the meetings were scheduled on days that I was working, I was directed by management to show up for work a few hours early. When the meetings were scheduled on days that I was not supposed to work, I was told by management to come in to Club Madonna on my days off. I was not compensated at all for attending these meetings.

25. I was never presented with an "Independent Contactor" contract, and I never signed one.

26. I was not aware of the terms in the "Independent Contractor" contract.

27. My job could have been performed by a computerized music playlist, but the dancers preferred to have a live DJ because they felt that they earned more tips from customers when there was a live DJ.

28. Regarding the music that I played as a DJ at Club Madonna, 95% of the time, I did not control the music during my shift. The songs which were to be played were dictated to me by the dancers. There were also Club Madonna policies that I had to follow regarding which music was allowed to be played.

29. I brought my personal laptop to work, but was not required to bring it in order to do my job.

30. All of the equipment and music that I was required to use was supplied by Club Madonna.

31. During the time that I worked for Club Madonna, I did not own any DJ equipment such as speakers, microphones, amplifiers or PA system.

32. Club Madonna never marketed me as a DJ at the Club.

33. Prior to working at Club Madonna, I worked as a DJ at Pink Pony.

34. During the first few days of my employment at Club Madonna, I was being trained to be a DJ at Club Madonna and I was transitioning from Pink Pony to Club Madonna.

35. While working at Club Madonna, I did not DJ at any other clubs, weddings, bar/bat mitzvahs or parties.

36. I did not have the ability to hire or fire other DJs or anyone else at Club Madonna.

37. I was required by management at Club Madonna to wear a specific uniform while working: long sleeved button collared black shirt and black pants.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2018

_____
MARCO WATTS