UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-24666-UU-O'SULLIVAN

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC., a Florida for-profit
corporation, and LEROY C. GRIFFITH,

    Defendants.

_____/

## NOTICE OF STIPULATION OF DAMAGES

Plaintiff, MARCO WATTS by and through undersigned counsel, hereby stipulates as follows:

1. On August 3, 2018, Defendants sent Plaintiff an email offering to stipulate that Plaintiff worked 182 days and that each day he worked approximately ten (10) hours. Attached as Exhibit A.

2. Plaintiff's counsel spoke with Plaintiff who has agreed to stipulate to the damages in Defendants' email.

3. For purposes of this trial only, Plaintiff and Defendants stipulate that Plaintiff worked 182 days at Club Madonna during the relevant time period.[1]

4. For purposes of this trial only, Plaintiff and Defendants stipulate that Plaintiff worked 10 hours per day on the days that he worked at Club Madonna.

5. For purposes of this trial only, Plaintiff stipulates that he is waiving his overtime claim.[2]

---

[1] In the event that Defendants appeal the final judgment of this Court and a second trial occurs, Plaintiff reserves the right to argue that he worked more than 182 days during his employment

6. Given that Defendants offered to stipulate to the number of days and hours Plaintiff worked, and Plaintiff has accepted, Plaintiff believes that all of the issues to be decided at the trial scheduled for August 6, 2018, are now moot.

Respectfully submitted this 5th day of August 2018.


BY: s/   LOWELL J. KUVIN, ESQ.
LOWELL J. KUVIN, ESQUIRE
FLORIDA BAR NO.: 53072
PH: (305) 358-6800
EMAIL: lowell@kuvinlaw.com
LAW OFFICE OF LOWELL J. KUVIN
ATTORNEYS FOR PLAINTIFF
17 EAST FLAGLER STREET, SUITE 223
MIAMI, FL 33131


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2018, I electronically filed the foregoing document via CM/ECF which will automatically send a copy to all counsel of record.

By: s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.

---

[2] In the event that Defendants appeal the final judgment of this Court and a second trial occurs, Plaintiff reserves the right to seek his overtime damages.