UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-24666-UU-O'SULLIVAN

MARCO WATTS,

     Plaintiff,

v.

CLUB MADONNA, INC., a Florida for-profit
corporation, and LEROY C. GRIFFITH,
                                      /

## **STIPULATED FINAL JUDGMENT**

This matter having come before the Court upon the Stipulation of Damages (D.E. 95) and the status conference held on August 6, 2018, it is hereby

ORDERED AND ADJUDGED that Final Judgment be and the same is hereby ENTERED in favor of Plaintiff, MARCO WATTS, c/o Law Office of Lowell J. Kuvin, LLC, 17 E. Flagler Street, Suite 223, Miami, Florida 33131, and against Defendants, CLUB MADONNA, INC. and LEROY C. GRIFFITH, c/o Robert L. Switkes & Associates, P.A., 407 Lincoln Road, Penthouse S.E., Miami Beach, Florida 33139, jointly and severally, in the amount of $29,270.80, which represents actual and liquidated damages for unpaid wages under the Florida Minimum Wage Act (Article X, Section 24 of the Florida Constitution and Fla. Stat., § 448.110), which shall bear interest at the prevailing legal rate, all for which let execution issue forthwith.[1]  The

---

[1] Final Judgment is entered without prejudice to the parties' rights to appeal the Final Judgment and any legal issue determined by the Court adversely to them and carried forward into this Final Judgment.

Court reserves jurisdiction to address any appropriate motions for attorneys' fees and costs. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED and all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, on this _6th__ day of August, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record