UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24666-UU

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC. *et al.*,

    Defendants.

_____/

### ORDER

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge JOHN J. O'SULLIVAN to take all necessary and proper action as required by law with respect to Plaintiff's Motion for Costs (D.E. 102) and any motions for extension of time that relate to such motion. It is further

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate Judge John J. O'Sullivan