UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-24666-UU-O'SULLIVAN

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC., a Florida for-profit
corporation, and LEROY C. GRIFFITH,

    Defendants.

    _____/

## NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH ORDER [D.E. #128]

Plaintiff, MARCO WATTS, by and through undersigned counsel, hereby files his Notice of Defendants, CLUB MADONNA, INC.'s and LEROY C. GRIFFITH's Failure to Comply with the Court's March 19, 2019 Order [D.E. #128], and states:

1. On March 19, 2019, the Court entered an Order [D.E. #128] granting Plaintiff's Motion to Compel Discovery in Aid of Execution [D.E. #120], and directing that if Defendants did not post an appeal bond, they "shall respond to the discovery in aid of execution on or before April 19, 2019."

2. As of today's date, Defendants did not post an appeal bond.

3. Defendants have failed to respond to the discovery in aid of execution on or before April 19, 2019, as directed by the Court.

4. Undersigned counsel corresponded with Defendants' counsel on Monday, April 22, 2019, advising that the responses to the discovery in aid of execution were overdue. Defendants' counsel advised that it was his understanding that Defendants were going to post an

1

appeal bond, and that he would advise undersigned counsel regarding same by Tuesday, April 23, 2019.

5. Undersigned counsel received no further communications from Defendants' counsel as of the filing of this Notice.

Respectfully submitted this 24th day of April, 2019.

By: s/ Sundeep K. Mullick
Lowell J. Kuvin, Esq.
Florida Bar No. 53072
Sundeep K. Mullick, Esq.
Florida Bar No. 18175
lowell@kuvinlaw.com
sunny@kuvinlaw.com
esther@kuvinlaw.com
*Law Office of Lowell J. Kuvin, LLC*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2019, I electronically filed the foregoing document via CM/ECF which will automatically send a copy to all counsel of record.

By: s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808