UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24666-UU

MARCO WATTS,

    Plaintiff,

v.

CLUB MADONNA, INC. *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Judgment and to Amend Final Judgment [D.E. #100].  D.E. 146.  The Court has reviewed the motion and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 146) is GRANTED.  The Court will separately enter an amended final judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of February, 2020

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf